UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00230-FDW-DSC

| ZEENATH ABPLANALP, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ALLTRAN FINANCIAL, LP, *As successor to United Recovery Systems*, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss with Prejudice (Doc. No. 4) pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Having carefully considered the Motion, the record, and noting the consent of the parties, the Court GRANTS the Motion and DISMISSES the instant case *with prejudice*. The Clerk is respectfully DIRECTED to CLOSE THE CASE.

SO ORDERED.

Signed: July 13, 2017

Frank D. Whitney
Chief United States District Judge